IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BEAULY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:15-CV-3549-M-BH |
| | ) |
| AL BELL, | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, by separate Order, this action will be **REMANDED** *sua sponte* to County Court at Law No. 1 of Tarrant County, Texas.

**SIGNED** this 30th day of November, 2015.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**